IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TERRY W. BENTLEY,

    Plaintiff,

v.                                                  CASE NO.  4:06cv226-RH/WCS

LINDA S. McMAHON,

    Defendant.

_____/

**ORDER AWARDING FEES UNDER EQUAL ACCESS TO JUSTICE ACT**

This matter is before the court on the magistrate judge's report and recommendation (document 36), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

1. The report and recommendation is ACCEPTED and adopted as the opinion of the court.

2. Plaintiff's motion for attorney's fees under the Equal Access to Justice Act (document 25) is GRANTED. The Defendant shall promptly pay plaintiff fees in the amount of $4,000.00.

3.  Plaintiff's motion for attorney's fees under 42 U.S.C. §406(b) (document 26) is DENIED without prejudice as premature.  The court shall retains jurisdiction to award fees under §406(b) upon the filing of a renewed motion when appropriate.

4.  The clerk shall administratively close the file .

SO ORDERED this 9th day of March, 2007.

s/Robert L. Hinkle  
Chief United States District Judge